UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: **10-22939-CIV-MORENO**

ISSA SAMEER ABUSHAMA,

    Plaintiff,

vs.

ERIC H. HOLDER, *et al.*,

    Defendant.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING CASE WITHOUT PREJUDICE

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on Plaintiff's Complaint **(D.E. No. 3)**, filed on **August 13, 2010**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 14)** on **December 15, 2010**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation **(D.E. No. 14)** on **December 15, 2010** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that the complaint is DISMISSED without prejudice for lack of prosecution and Defendant's Motion to Dismiss is DENIED without prejudice with leave to renew should the

Plaintiff decide to continue to litigate his case.

DONE AND ORDERED in Chambers at Miami, Florida, this 21 day of December, 2010.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Patrick A. White

Counsel and Parties of Record